UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYD COLE, STEVEN COLE, and KAREN ALVISO,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCK & CO., INC. and MCKESSON CORPORATION,<br><br>    Defendants.<br>_____/ | No. 2:05-cv-2609-MCE-GGH |
| GARY T. FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC. and MD BRADLEY BLANKENSHIP,<br><br>    Defendants.<br>_____/ | No. 2:06-cv-0477-GEB-PAN |

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  See Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: April 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE