```
                   UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA


BOYD COLE, STEVE COLE, and           No. 2:05-cv-2609-MCE-GGH
KAREN ALVISO,

          Plaintiffs,

     v.

MERCK & COMPANY, INC., and
MCKESSON CORPORATION,

          Defendants.
_____/
AHN DEVERS,                          No. 2:06-cv-0617-LKK-PAN

          Plaintiff,

     v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

          Defendants.
_____/
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

1  This order is issued for informational purposes only, and shall
2  have no effect on the status of the cases, including any previous
3  Related (or Non-Related) Case Order of this Court.
4       IT IS SO ORDERED.
5  DATE: April 21, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```