```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  LINO LAOLAGI,                      No. 2:06-cv-1313-LKK-KJM
    MEAFEU LAOLAGI,
12  GARY PFISTER, and
    NANCY PFISTER,
13
              Plaintiffs
14
         v.                            NON-RELATED CASE ORDER
15
    MERCK & CO., INC.,
16
              Defendant.
17  _____/
18  ESTER NED,                         No. 2:05-cv-2584-MCD-DAD
19            Plaintiff,
20       v.
21  MERCK & CO., INC.,
22            Defendant.
23  _____/
    BOYD COLE, STEVEN COLE, and        No. 2:05-cv-2609-MCD-GGH
24  KAREN ALVISO,
25            Plaintiffs,
26       v.
27  MERCK & CO., INC., and
    MCKESSON CORPORATION,
28
              Defendants.
    _____/
```

```
 1  FRANCES HUBBEL,                        No. 2:06-cv-0690-MCE-DAD
 2         Plaintiff,
 3     v.
 4  MERCK & CO., INC.,
 5         Defendant.
    _____/
 6  PATRICIA LOVE,                         No. 2:05-cv-2140-MCD-PAN
 7         Plaintiff,
 8     v.
 9  MERCK & COMPANY, INC., and
10  MCKESSON CORPORATION,
11         Defendants.
    _____/
12  JOHN HOIEN, and PEGGY HOIEN,           No. 2:05-cv-2464-MCD-KJM
13         Plaintiffs,
14     v.
15  MERCK & CO., INC., MCKESSON
16  CORPORATION, and
    AMERISOURCEBERGEN DRUG CORP.,
17
           Defendants.
18  _____/
```

19     The Court has received the Notice of Related Cases
20  concerning the above-captioned cases filed.  See Local Rule 83-
21  123, E.D. Cal. (1997).  The Court has determined, however, that
22  it is inappropriate to relate or reassign the cases, and
23  therefore declines to do so.
24  ///
25  ///
26  ///
27  ///
28  ///

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE