```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11  PATRICK GAVIGAN,                    No. 2:06-cv-1597-FCD-KJM
12            Plaintiff,
13       v.
14  MERCK & CO., INC.,
    RALEY'S INC., and
15  AMERISOURCEBERGEN DRUG CORP.,
16            Defendants.
                                    /
17  ─────────────────────────────────
    ESTHER NED,                         No. 2:05-cv-2584-MCE-DAD
18
              Plaintiff,
19
         v.
20
    MERCK & CO., INC. and
21  MCKESSON CORPORATION,
22            Defendants.
                                    /
23  ─────────────────────────────────
    BOYD COLE, ET AL.,                  No. 2:05-cv-2609-MCE-GGH
24
              Plaintiff,
25
         v.
26
    MERCK & CO., INC., and
27  MCKESSON CORPORATION,
28            Defendants.
                                    /
```

| | | |
|---|---|---|
| 1 | JOHN HOIEN and PEGGY HOIEN, | No. 2:05-cv-2464-MCE-KJM |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | MERCK & CO., INC., MCKESSON CORPORATION, and AMERISOURCEBERGEN DRUG CORP., | |
| 6 | Defendants. | |
| 7 | _____/ | |
| | FRANCES HUBBEL, | No. 2:06-cv-0690-MCE-DAD |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | MERCK & CO., INC., | |
| 11 | Defendant. | |
| 12 | _____/ | |
| 13 | PATRICIA LOVE, | No. 2:05-2140-MCE-PAN |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | MERCK & CO., INC., MCKESSON CORPORATION, and AMERISOURCEBERGEN DRUG CORP., | |
| 18 | Defendants. | |
| 19 | _____/ | |

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  See Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///
///
///
///

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE